# Liebowitz ⊙ Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

March 22, 2020

*MEMO END.*

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Krieger v. Tejesta, Inc. (1:20-cv-1484-LAK)*

Dear Judge Kaplan,

We represent Plaintiff, David Krieger, in the above in-captioned case. We are in touch with the founder of Tejesta, Inc. however, Defendant has yet to respond to the complaint. We respectfully request that the initial conference scheduled for March 25, 2020 be adjourned. If Defendant does not respond to the complaint within 30 days we will file a default motion.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff David Krieger*

*Adjourned until 4/28/2020 at 9:45am*

*3/22/2020*